1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN R. BASHAM,<br>         #51119 ) | |
| ) | |
|         Plaintiff, ) | 3:10-cv-00408-HDM-RAM |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| LISA WALSH, ) | |
| ) | |
|         Defendant. ) | |

On August 6, 2010, the court received a letter from plaintiff (docket #4). In the letter, plaintiff indicates that he will exhaust state remedies and asks "so I guess the above case number is closed? Correct?" (*id.*). The court will treat this letter as plaintiff's motion to voluntarily dismiss this case. The court grants this motion to dismiss the complaint without prejudice.

**IT IS THEREFORE ORDERED** that the Clerk **SHALL FILE** the complaint (docket #1-1).

**IT IS FURTHER ORDERED** that the complaint is **DISMISSED** without prejudice.

1  **IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and close
2  this case.

4  DATED this 20th day of September, 2010.

*Howard D McKibben*
_____
UNITED STATES DISTRICT JUDGE